JS 44C/SDNY
REV. 07/08/16

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                           DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)    ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [ ]    Judge Previously Assigned

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ]    If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?    No [ ]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

                                 TORTS                                                              ACTIONS UNDER STATUTES

**CONTRACT**                **PERSONAL INJURY**      **PERSONAL INJURY/**        **FORFEITURE/PENALTY**     **BANKRUPTCY**                **OTHER STATUTES**

[ ] 110 INSURANCE           [ ] 310 AIRPLANE           [ ] 367 HEALTHCARE/         [ ] 625 DRUG RELATED      [ ] 422 APPEAL                [ ] 375 FALSE CLAIMS
[ ] 120 MARINE              [ ] 315 AIRPLANE PRODUCT       PHARMACEUTICAL PERSONAL     SEIZURE OF PROPERTY       28 USC 158                [ ] 376 QUI TAM
[ ] 130 MILLER ACT                  LIABILITY              INJURY/PRODUCT LIABILITY    21 USC 881            [ ] 423 WITHDRAWAL            [ ] 400 STATE
[ ] 140 NEGOTIABLE          [ ] 320 ASSAULT, LIBEL &   [ ] 365 PERSONAL INJURY     [ ] 690 OTHER                 28 USC 157                        REAPPORTIONMENT
        INSTRUMENT                  SLANDER                PRODUCT LIABILITY                                                                [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF         [ ] 330 FEDERAL            [ ] 368 ASBESTOS PERSONAL                             **PROPERTY RIGHTS**           [ ] 430 BANKS & BANKING
        OVERPAYMENT &               EMPLOYERS'                INJURY PRODUCT                                                                [ ] 450 COMMERCE
        ENFORCEMENT                 LIABILITY                LIABILITY                                       [ ] 820 COPYRIGHTS            [ ] 460 DEPORTATION
        OF JUDGMENT         [ ] 340 MARINE                                                                   [ ] 830 PATENT                [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT        [ ] 345 MARINE PRODUCT     **PERSONAL PROPERTY**                                 [ ] 840 TRADEMARK                     ENCED & CORRUPT
[ ] 152 RECOVERY OF                 LIABILITY                                                                                                      ORGANIZATION ACT
        DEFAULTED           [ ] 350 MOTOR VEHICLE      [ ] 370 OTHER FRAUD                                                                         (RICO)
        STUDENT LOANS       [ ] 355 MOTOR VEHICLE      [ ] 371 TRUTH IN LENDING                              **SOCIAL SECURITY**           [ ] 480 CONSUMER CREDIT
        (EXCL VETERANS)             PRODUCT LIABILITY                                                                                       [ ] 490 CABLE/SATELLITE TV
[ ] 153 RECOVERY OF         [ ] 360 OTHER PERSONAL                                                           [ ] 861 HIA (1395ff)
        OVERPAYMENT                 INJURY             [ ] 380 OTHER PERSONAL      **LABOR**                 [ ] 862 BLACK LUNG (923)      [ ] 850 SECURITIES/
        OF VETERAN'S        [ ] 362 PERSONAL INJURY -         PROPERTY DAMAGE                                [ ] 863 DIWC/DIWW (405(g))            COMMODITIES/
        BENEFITS                    MED MALPRACTICE    [ ] 385 PROPERTY DAMAGE     [ ] 710 FAIR LABOR        [ ] 864 SSID TITLE XVI                EXCHANGE
[ ] 160 STOCKHOLDERS                                         PRODUCT LIABILITY             STANDARDS ACT    [ ] 865 RSI (405(g))
        SUITS                                                                      [ ] 720 LABOR/MGMT
[ ] 190 OTHER                                          **PRISONER PETITIONS**             RELATIONS                                         [ ] 890 OTHER STATUTORY
        CONTRACT                                                                   [ ] 740 RAILWAY LABOR ACT                                        ACTIONS
[ ] 195 CONTRACT                                       [ ] 463 ALIEN DETAINEE      [ ] 751 FAMILY MEDICAL    **FEDERAL TAX SUITS**         [ ] 891 AGRICULTURAL ACTS
        PRODUCT             **ACTIONS UNDER STATUTES** [ ] 510 MOTIONS TO                  LEAVE ACT (FMLA)
        LIABILITY                                              VACATE SENTENCE                               [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196 FRANCHISE           **CIVIL RIGHTS**                   28 USC 2255         [ ] 790 OTHER LABOR               Defendant)            [ ] 893 ENVIRONMENTAL
                                                       [ ] 530 HABEAS CORPUS              LITIGATION         [ ] 871 IRS-THIRD PARTY               MATTERS
                                                       [ ] 535 DEATH PENALTY       [ ] 791 EMPL RET INC              26 USC 7609           [ ] 895 FREEDOM OF
**REAL PROPERTY**           [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER            SECURITY ACT (ERISA)                                    INFORMATION ACT
                                    (Non-Prisoner)                                                                                          [ ] 896 ARBITRATION
[ ] 210 LAND                [ ] 441 VOTING                                                                                                  [ ] 899 ADMINISTRATIVE
        CONDEMNATION        [ ] 442 EMPLOYMENT                                     **IMMIGRATION**                                                 PROCEDURE ACT/REVIEW OR
[ ] 220 FORECLOSURE         [ ] 443 HOUSING/           **PRISONER CIVIL RIGHTS**                                                                   APPEAL OF AGENCY DECISION
[ ] 230 RENT LEASE &                ACCOMMODATIONS                                 [ ] 462 NATURALIZATION
        EJECTMENT           [ ] 445 AMERICANS WITH     [ ] 550 CIVIL RIGHTS                APPLICATION                                      [ ] 950 CONSTITUTIONALITY OF
[ ] 240 TORTS TO LAND               DISABILITIES -     [ ] 555 PRISON CONDITION    [ ] 465 OTHER IMMIGRATION                                       STATE STATUTES
[ ] 245 TORT PRODUCT                EMPLOYMENT         [ ] 560 CIVIL DETAINEE              ACTIONS
        LIABILITY           [ ] 446 AMERICANS WITH        CONDITIONS OF CONFINEMENT
[ ] 290 ALL OTHER                   DISABILITIES -OTHER
        REAL PROPERTY       [ ] 448 EDUCATION


Check if demanded in complaint:

[ ] CHECK IF THIS IS A **CLASS ACTION**    DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
    UNDER F.R.C.P. 23                      AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                           IF SO, STATE:

DEMAND $_____ OTHER _____    JUDGE _____ DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [ ] NO    NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
  - ☐ a. all parties represented
  - ☐ b. At least one party is pro se.
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from (Specify District)
- ☐ 6 Multidistrict Litigation (Transferred)
- ☐ 7 Appeal to District Judge from Magistrate Judge
- ☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** — *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- ☐ 1 U.S. PLAINTIFF
- ☐ 2 U.S. DEFENDANT
- ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- ☐ 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21. DO NOT check either box if this is a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN

DATE _____   SIGNATURE OF ATTORNEY OF RECORD   *Richard Liebowitz*   ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT # _____   Attorney Bar Code # _____

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)